RECEIVED
IN ALEXANDRIA
NOV 2 0 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KENT RADER | CIVIL ACTION NO. 1:09-cv-01872 |
| -vs- | JUDGE DRELL |
| MISTY COWART, et al. | MAGISTRATE JUDGE KIRK |

## ORDER

The undersigned must recuse himself in this matter. Accordingly, the case is reassigned to Judge James T. Trimble, Jr.

SIGNED on this 19th day of November, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE