RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/18/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENT RADER | CIVIL ACTION 1:09CV1872 |
| VERSUS | JUDGE TRIMBLE |
| MISTY COWART ET AL | MAG. JUDGE KIRK |

## O R D E R

On January 14, 2011, an **ANSWER TO COMPLAINT** (Doc. #44) was filed by Ronnie Book. This party is already represented by other counsel. Under the provisions of **LR83.2.12**, other counsel may appear for the same party only upon motion of counsel of record for the party, or motion consented to by him/her; or, upon motion, after counsel for the party has been permitted to withdraw or has died, or is incapacitated, or cannot be found; or, upon motion of a party after notice to counsel of record and a hearing thereon. Mover was notified of this deficiency on January 18, 2011, but has failed to correct it. Accordingly,

**IT IS ORDERED** that the **ANSWER TO COMPLAINT** (Doc. #44) filed by Ronnie Book on January 14, 2011, be and is hereby stricken from the record.

Alexandria, Louisiana this 18th day of February, 2011.

JAMES D. KIRK
United States Magistrate Judge