RECEIVED
IN ALEXANDRIA LA.

APR 2 3 2012

TONY R. MOORE
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KENT RADER                                   CIVIL ACTION NO: 1:09-CV-01872

VERSUS                                       JUDGE JAMES T. TRIMBLE, JR.

L.P.N. MISTY COWART, ET AL.                  MAG. JUDGE JAMES D. KIRK

## ORDER

Considering the foregoing Motion to Seal, it is:

ORDERED that Defendants', LaSalle Management Company, L.L.C., Warden Pat Book, Lieutenant Book, Former Sheriff Ronnie Book, Misty Cowart, and Sheriff James Glen Kelly, Motion For Summary Judgment (Doc. 54 through 54-10, Memorandum In Support of Motion For Summary Judgment and Exhibits) and all attachments thereto be sealed.

THUS DONE AND SIGNED this 23rd day of April, 2012, at Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE