# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

RECEIVED
APR 17 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

No. 13-90020

KENT RADER,

      Plaintiff - Respondent

v.

MISTY COWART; PAT BOOK, Individually and in his official capacity as Warden of Catahoula Corrections Center; LASALLE MANAGEMENT COMPANY, L.L.C.; LIEUTENANT BOOK; JAMES GLEN KELLY, individually and in his official capacity as Sheriff of Catahoula Parish,

      Defendants - Petitioners

---

Motion for Leave to Appeal
from an Interlocutory Order

---

Before JOLLY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court of the Western District of Louisiana, Alexandria, entered on March 4, 2013, is granted.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: Sabrina B Short
    Deputy
New Orleans, Louisiana  APR 15 2013

RECEIVED

APR 17 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 15, 2013

TO: All Counsel and Parties Listed Below

    Misc. No. 13-90020  Kent Rader v. Misty Cowart, et al
       USDC No. 1:09-CV-1872

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. **All future inquiries should refer to docket No. 13-30373.**

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $455.00 appellate filing fee to the **clerk of the district court,** and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

By copy of this letter, I am requesting the district court to send the notice of certified record immediately.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's Website, www.ca5.uscourts.gov. If you fail to electronically file the form we will remove your name from the docket. Pro se parties do not need to file an appearance form.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                     By: _Sabrina B. Short_
                     Sabrina B. Short, Deputy Clerk
                     504-310-7817

Mr. John Christopher Alexander Sr.
Mr. Harry Bradford Calvit
Mr. Timothy R. Richardson

Enclosure(s)

cc: Mr. Tony R. Moore

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-90020

KENT RADER,

        Plaintiff - Respondent

v.

MISTY COWART; PAT BOOK, Individually and in his official capacity as Warden of Catahoula Corrections Center; LASALLE MANAGEMENT COMPANY, L.L.C.; LIEUTENANT BOOK; JAMES GLEN KELLY, individually and in his official capacity as Sheriff of Catahoula Parish,

        Defendants - Petitioners

Motion for Leave to Appeal
from an Interlocutory Order

Before JOLLY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court of the Western District of Louisiana, Alexandria, entered on March 4, 2013, is granted.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: Sabrina B. Short, Deputy
New Orleans, Louisiana
APR 1 5 2013

RECEIVED

APR 17 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
LYLE W. CAYCE
BY: _____CLERK_____

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 15, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    USCA No. 13-90020    Kent Rader v. Misty Cowart, et al
    USDC No. 1:09-CV-1872

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _Sabrina B. Short_
                    Sabrina B. Short, Deputy Clerk
                    504-310-7817

Honorable James T. Trimble Jr.
Mr. John Christopher Alexander Sr.
Mr. Harry Bradford Calvit
Mr. Tony R. Moore